[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-11009
Non-Argument Calendar
_____

D.C. Docket No. 1:12-cr-00232-CAP-LTW-2


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DOMINGO NAJERA-PEREZ,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(January 19, 2016)

Before WILSON, WILIIAM PRYOR and ROSENBAUM, Circuit Judges.

PER CURIAM:

Steven P. Berne, appointed counsel for Domingo Najera-Perez in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Najera-Perez's conviction and sentence are **AFFIRMED**.